IN the INTEREST OF:
D.T.M., a Minor

Petition of: D.M., Mother

No. 65 EAL 2017

Supreme Court of Pennsylvania.

March 30, 2017

## ORDER

PER CURIAM

AND NOW, this 30th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Ronald SIMONSON, Petitioner

No. 392 WAL 2016

Supreme Court of Pennsylvania.

March 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Craig REED, Petitioner

No. 556 EAL 2015

Supreme Court of Pennsylvania.

March 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of March, 2017, the Petition for Allowance of Appeal is **DENIED**, due to Petitioner's failure to demonstrate by reference to the record that he was sentenced pursuant to 42 Pa. C.S. § 9712.1 as alleged, without prejudice to Petitioner's rights, if any, under the Post Conviction Relief Act, 42 Pa.C.S. §§ 9541 *et seq.*